UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:20CR184 |
| | § | (Judge Jordan) |
| ERVIN GONGORA CUERO | § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE SEAN D. JORDAN, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW Assistant Federal Public Defender, Brian O'Shea, for the Eastern District of Texas, the undersigned and notices the Court of the Federal Defender's intent to substitute Brian O'Shea, Assistant Federal Defender, Sherman Division, for Michelle Allen-McCoy, as counsel for defendant in this cause. The undersigned, Brian O'Shea, Assistant Federal Defender, should be formally substituted as attorney of record for the defendant, and all further pleadings and papers should be served on:

> Brian O'Shea
> Assistant Federal Defender
> State Bar No.15334950
> 7460 Warren Pkwy, Suite 270
> Frisco, Texas 75034
> (469) 362-8506
> (469) 362-6010 FAX

Respectfully Submitted,

/s/ Brian O'Shea
BRIAN O'SHEA
State Bar No. 15334950
Assistant Federal Defender
Federal Defender's Office
7460 Warren Pkwy, Suite 270
Frisco, Texas 75034
(469) 362-8506
(469) 362-6010  (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to **Stevan Buys**, Assistant U.S. Attorney, presently assigned to this case, via electronic court filing system, on this the 16th day of August 2023.

/s/ Brian O'Shea
BRIAN O'SHEA