UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:20CR184 |
| | § | (Judge Jordan) |
| ERVIN GONGORA CUERO | § | |

# **ORDER**

On this day, the Court considered the Defendant's MOTION TO WITHDRAW AS ATTORNEY OF RECORD. After careful consideration of the pleadings and argument of counsel, the Court finds as follows:

The Motion is GRANTED / DENIED.